**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Manuel PEREZ–MEJIA, Defendant–
Appellant.**

**No. 13–40492
Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Dec. 19, 2013.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston,
TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Margaret Christina Ling, Assistant
Federal Public Defender, Molly Estelle
Odom, Esq., Assistant Federal Public Defender, Federal Public Defender's Office,
Houston, TX, for Defendant–Appellant.

Before JOLLY, SMITH, and
CLEMENT, Circuit Judges.

---

PER CURIAM: *

Manuel Perez–Mejia (Perez) appeals from the judgment imposed in connection with his guilty plea conviction of being illegally present in the United States after removal. As Perez concedes, the argument he raises on appeal is foreclosed by *United States v. Rodriguez*, 711 F.3d 541, 557, 562 & n. 28 (5th Cir.) (en banc), *cert denied*, —— U.S. ——, 134 S.Ct. 512, 187 L.Ed.2d 365 (2013) (No. 12–10695), in which this court concluded that the generic, contemporary definitions of "sexual abuse of a minor" and "statutory rape" do not include an age-differential requirement. Accordingly, Perez's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

